360 A.2d 658
COMMONWEALTH ex rel. KAPLAN, Appellant,

v.

KAPLAN.

Submitted March 22, 1976. Malcolm H. Waldron, Jr., for appellant; Henry A. Stein, and Mesirov, Gelman, Jaffe & Cramer, for appellee.

Order affirmed as to both appeals.

360 A.2d 639
COMMONWEALTH ex rel. SHERLOCK

v.

SHERLOCK, Appellant.

Submitted March 22, 1976. Taras M. Wochok and Ronald E. Robinson, for appellant; Elliott N. Pincus, and Miller and Pincus, for appellee.

Order affirmed.